FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HEIDI COOPER, TREVOR COOPER, and their marital community, and TABITHA HARRIS,<br><br>      v.<br><br>EAGLEPOINT ICG, LLC, and SECURITY PROPERTIES RESIDENTIAL, LLC, and AVENUE 5 RESIDENTIAL, LLC,<br><br>      Defendants. | NO. 2:18-cv-00133-SAB<br><br>**ORDER DISMISSING CASE** |

    Before the Court is the parties' Stipulation to Dismiss Case Among All Parties With Prejudice, ECF No. 22. The parties stipulate to the dismissal of the above-captioned case with prejudice and without any fees or costs to any of the parties.

    Accordingly, **IT IS ORDERED:**

1. The Court **accepts** the parties' Stipulation to Dismiss Case Among All Parties With Prejudice, ECF No. 22.

//
//
//
//

**ORDER DISMISSING CASE** ~ 1

2. The above-captioned case is **dismissed** with prejudice and without any fees or costs to any of the parties.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel and close the file.

**DATED** this 6th day of May 2019.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE ~ 2**